## Daisy C. Tegtmeyer, Appellant, v. Sun Indemnity Company of New York, Appellee.

### Gen. No. 42,838.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. Herbert M. Wetzel, for appellant; Charles E. Selleck, of counsel; McKenna & Harris, for appellee; James J. McKenna and Henry H. Koven, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.